No. 978. UNIVERSAL INTERPRETIVE SHUTTLE CORP. *v.* WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jeffrey L. Nagin* and *Allen E. Susman* for petitioner. *Russell W. Cunningham* for respondent Washington Metropolitan Area Transit Commission, and *Manuel J. Davis* for respondent D. C. Transit System, Inc. *Solicitor General Griswold* for the United States, as *amicus curiae,* in support of the petition.

No. 909. DESIST ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted and case set for oral argument immediately following No. 174 (389 U. S. 1033). MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Abraham Glasser, David M. Markowitz* and *Irving Younger* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 902, Misc. JOHNSON *v.* AVERY, COMMISSIONER OF CORRECTION, ET AL. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Karl P. Warden* for petitioner. *George F. McCanless,* Attorney General of Tennessee, *Thomas E. Fox,* Deputy Attorney General, and *David W. McMackin,* Assistant Attorney General, for respondents.

No. 957. YATES *v.* MANALE ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.